IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Tina M. Strack | : | Chapter 13 |
|  | : |  |
| Debtor(s) | : | Case No.: 22-11037 ELF |

# ORDER

AND NOW, this 16th day of August, 2022, upon consideration of the Debtor's Objection to Proof of Claim #1-1, filed by Citizens Bank N.A., and after a hearing, it is hereby **ORDERED** that the Objection is **SUSTAINED** and that Claim #1-1 is **DISALLOWED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**