IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Tina M. Strack | : | Chapter 13 |
| | : | |
|    Debtor(s) | : | Case No.: 22-11037 ELF |

## ORDER

AND NOW, this  16th  day of          August          , 2022, upon consideration of the Debtor's Objection to Proof of Claim #3-1, filed by Midland Credit Management, Inc., and after a hearing, it is hereby **ORDERED** that the Objection is **SUSTAINED** and that Claim #3-1 is **DISALLOWED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**