Date: May 6, 2024
Re: Bankruptcy No. 22-11037-PMM
To: Robert N.C. Nix, Sr. Federal Building and Courthouse/
Kenneth E. West, Esq.
From: Tina M. Strack

To whom it may concern:

I, Tina M Strack, am writing in response to the notice of motion due to failed payments. I lost my job of 20yrs April 2023. I received a small severance pay and unemployment for 6 months. I suffer from depression and anxiety. My mental health has since begun to deteriorate. I also suffer from stomach issues since my gallbladder removal in April 2022 and chronic pain which limits my job options since I was working from home. I was finally hired for a part time job in Dec 2023 with a new marketing company, but the owner ended up letting me go in Jan. The job was not good for my mental health. In Feb I filed for disability which is still in process. I would like to ask if it's possible to get this extended or if I have any other options due to my hardships. Thank you for your time and understanding.

Sincerely,

Tina M. Strack