**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tina Strack<br>　　　　　　Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　Movant<br>　　vs.<br><br>Tina Strack<br>　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 22-11037 PMM<br><br><br><br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Michael P. Farrington, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of PENNSYLVANIA HOUSING FINANCE AGENCY for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on May 22, 2024, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Tina Strack
703 Salem Court
Wallingford, PA 19086

Attorney for Debtor(s) (via ECF)
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Date: May 22, 2024

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

/s/ Michael P. Farrington
Michael P. Farrington, Esquire Attorney I.D. No. 329636
KML Law Group, P.C.
BNY Mellon Independence Center 701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfarrington@kmllawgroup.com

Attorneys for Movant/Applicant