## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tina Strack <br> <u>Debtor(s)</u> | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY <br> <u>Movant</u> <br> vs. | NO. 22-11037 PMM |
| Tina Strack <br> <u>Debtor(s)</u> | |
| Kenneth E. West <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this __17th__ day of __July__, 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge